# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 2, 2022

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| No. 20-2402 <br><br> MAYOR AND CITY COUNCIL OF BALTIMORE, *et al.*, <br>     *Plaintiffs-Appellants*, <br>         *v.* <br> ABBVIE INC., *et al.*, <br>     *Defendants-Appellees*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. <br><br> No. 19 CV 1873 <br><br> Manish S. Shah, <br> *Judge* |

## O R D E R

The opinion of this court issued on August 1, 2022, is amended as follows:

Page 4, line 4, "the expired '382 patent" should be "the expired '382 patent".